

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:       01-14-00335-CR & 01-14-00336-CR

Style:       Damion Gentry v. The State of Texas

Date motion filed[*]:       December 23, 2014

Type of motion:       Second Motion for Extension of Time to File Appellant's Brief

Party filing motion:       Appellant

Document to be filed:       Appellant's Brief

Is appeal accelerated?       No

If motion to extend time:

    Original due date:       October 30, 2014

    Number of extensions granted:     1     Current Due date: December 29, 2014

    Date Requested:       February 7, 2015

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due: February 9, 2015

        ☑     No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Because appellant's counsel states that he needs more time to review the certification hearing transcript, which was filed with the 16-volume reporter's record on September 29, 2014, and is preparing for two jury trials in the first week of January 2015, his extension is granted, but no further extensions will be granted given the length of the extension requested. Accordingly, if appellant's brief is not filed by February 9, 2015, the Court may abate these cases for a hearing. *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature: /s/ Laura C. Higley _____
               ☑ Acting individually     ☐ Acting for the Court

Date: December 30, 2014 _____

November 7, 2008 Revision